```
 1  BILAL A. ESSAYLI
    First Assistant United States Attorney
 2  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 3  Acting Chief, Criminal Division
    LYNDSI ALLSOP (Cal. Bar No. 323485)
 4  Assistant United States Attorney
    Deputy Chief, Major Crimes Section
 5  KENNETH R. CARBAJAL (Cal. Bar No. 338079)
    Assistant United States Attorney
 6  Major Crimes Section
         1300 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:      (213) 894-3165/3172
         Facsimile:      (213) 894-3713/0141
 9       E-mail:         lyndsi.allsop@usdoj.gov
                         kenneth.carbajal@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

**FILED**
**CLERK, U.S. DISTRICT COURT**

11/18/2025

**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** _____jm___ **DEPUTY**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:25-cr-00886-CV |
| Plaintiff, | GOVERNMENT'S SECOND AMENDED *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF LYNDSI ALLSOP |
| v. | |
| RYAN JAMES WEDDING, aka "James Conrad King," aka "Jesse King," aka "Jessi," aka "~j," aka "~R137," aka "~PE," aka "~3.14," aka "~EL COCO," aka "R," aka "RW," aka "JJ," aka "Jessie New," aka "Jes Old," aka "Mexi," aka "El Guerro," aka "El Jefe," aka "El Toro," aka "Boss," aka "Buddy," aka "Giant," aka "Grande," aka "Public," | **(UNDER SEAL)** |

```
 1       aka "Public Enemy,"
         aka "NPKY8WY7,"
 2       aka "FUJ93HXR,"
         aka "PW7RJ83R,"
 3       aka "KJ5JW6HM,"
         aka "NXYS6JC9,"
 4       aka "8DC7CAYB,"
         aka "49T9KYR9,"
 5       aka "T9PHWCJY,"
         aka "YF4TTY4K,"
 6   DEEPAK BALWANT PARADKAR,
         aka "cocaine_lawyer,"
 7       aka "Deepaj Emergency,"
         aka "Descartes,"
 8       aka "K8KDZKW8,"
         aka "A5VB2FX6,"
 9       aka "Z9W7ETCU,"
         aka "criminal_lawyer@me.com,"
10   ATNA OHNA,
         aka "Tupac,"
11       aka "~Kim Jong -Un,"
         aka "~kim jong Un,"
12       aka "6Z3DKEPC,"
         aka "DR8CF76E,"
13   CARMEN YELINET VALOYES FLOREZ,
         aka "~negra,"
14       aka "7JKF6Y5A,"
     WILSON RIASCOS,
15       aka "Pepe,"
     ROLAN SOKOLOVSKI,
16       aka "The Jew,"
         aka "~Sushi,"
17       aka "Applepie,"
         aka "Lakers2,"
18       aka "Fiji2,"
         aka "6777F2HA,"
19       aka "HESR73RN,"
         aka "4K6S66FC,"
20       aka "deem1313@live.ca,"
     FNU LNU 1,
21       aka "~JP Morgan,"
         aka "JP,"
22   BIANCA CANASTILLO-MADRID,
         aka "Bianca Canastillo
23        Madrid,"
         aka "Bianca Madrid,"
24       aka "~cady,"
         aka "Claudio,"
25       aka "Claudi Old New Is
            Candy,"
26       aka "TK8658TT,"
         aka "B9R3SBWT,"
27   ALLISTAIR CHAPMAN,
         aka "🤱,"
28       aka "⚡,"
```

```
          aka "Ali Star,"
          aka "R9BSX52X,"
          aka "PVMTRY34,"
TOMMY DEMORIZI,
AHMAD NABIL ZAITOUN,
          aka "Ahmad Nabil Zitoun,"
          aka "Ahmad Zitoun,"
          aka "Ahmad Zaitoon,"
          aka "Activs Cousin,"
          aka "Ynotbro,"
          aka "T8PR3Y8R,"
GURSEWAK SINGH BAL,
          aka "The Dirty News,"
          aka "thedirtynewz,"
          aka "@6ixaktv,"
          aka "@6ixak_tv,"
          aka
             "sixademiks6@hotmail.com,"
EDWIN BASORA-HERNANDEZ,
          aka "Edwin Hernandez,"
          aka "Ed Winter,"
YULIETH KATHERINE TEJEDA,
          aka "ana.kata1992,"
FNU LNU 1,
FNU LNU 2,
FNU LNU 3,
FNU LNU 4,
FNU LNU 5,

          Defendants.
```

The government hereby applies <u>ex parte</u> for a second amended order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until November 18, 2025, at 11:59 p.m. PST.

///

1    This ex parte application is made pursuant to Federal Rule of
2 Criminal Procedure 6(e)(4) and is based on the attached Declaration
3 of Lyndsi Allsop.

Dated: November 18, 2025         Respectfully submitted,

                                 BILAL A. ESSAYLI
                                 First Assistant United States
                                 Attorney

                                 ALEXANDER B. SCHWAB
                                 Assistant United States Attorney
                                 Acting Chief, Criminal Division

                                 _____
                                 LYNDSI ALLSOP
                                 KENNETH R. CARBAJAL
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

1                    **DECLARATION OF LYNDSI ALLSOP**

2       I, Lyndsi Allsop, declare as follows:

3       1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of United States v. Ryan James Wedding, et al., 2:25-cr-00886-CV (C.D. Cal.).  The indictment in this case was presented to a federal grand jury in the Central District of California on October 28, 2025.  On that same date, the grand jury returned the indictment.

10      2.   All the defendants charged in the above-captioned indictment still have not been taken into custody on the charge(s) contained in the indictment and have not been informed that they are being named as defendants in the indictment returned by the grand jury on October 28, 2025.  The likelihood of apprehending the remaining defendants might be jeopardized if the indictment or other related documents in this case were made publicly available before the remaining defendants are taken into custody on the indictment.

18      3.   The government anticipates completing its arrest operation by November 18, 2025, at 11:59 p.m. PST.  The following day, on November 19, 2025, at 11:00 a.m. EST the government anticipates publicly announcing the charges in the indictment.

22      4.   Accordingly, the government requests that the indictment and related documents in this case be sealed and remain so until November 18, 2025, at 11:59 p.m. PST.

25  ///

1

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 18, 2025.

_____
LYNDSI ALLSOP