```
 1 │ BILAL A. ESSAYLI
   │ First Assistant United States Attorney
 2 │ ALEXANDER B. SCHWAB
   │ Assistant United States Attorney
 3 │ Acting Chief, Criminal Division
   │ LYNDSI ALLSOP (Cal. Bar No. 323485)
 4 │ Assistant United States Attorney
   │ Deputy Chief, Major Crimes Section
 5 │ KENNETH R. CARBAJAL (Cal. Bar No. 338079)
   │ Assistant United States Attorney
 6 │ Major Crimes Section
   │      1300 United States Courthouse
 7 │      312 North Spring Street
   │      Los Angeles, California 90012
 8 │      Telephone:     (213) 894-3165/3172
   │      Facsimile:     (213) 894-3713/0141
 9 │      E-mail:        lyndsi.allsop@usdoj.gov
   │                     kenneth.carbajal@usdoj.gov
10 │
   │ Attorneys for Plaintiff
11 │ UNITED STATES OF AMERICA
```

```
                    FILED
             CLERK, U.S. DISTRICT COURT

                  11/18/2025

          CENTRAL DISTRICT OF CALIFORNIA
          BY: _____ jm  DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RYAN JAMES WEDDING,<br>　aka "James Conrad King,"<br>　aka "Jesse King,"<br>　aka "Jessi,"<br>　aka "~j,"<br>　aka "~R137,"<br>　aka "~PE,"<br>　aka "~3.14,"<br>　aka "~EL COCO,"<br>　aka "R,"<br>　aka "RW,"<br>　aka "JJ,"<br>　aka "Jessie New,"<br>　aka "Jes Old,"<br>　aka "Mexi,"<br>　aka "El Guerro,"<br>　aka "El Jefe,"<br>　aka "El Toro,"<br>　aka "Boss,"<br>　aka "Buddy,"<br>　aka "Giant,"<br>　aka "Grande,"<br>　aka "Public," | CR 2:25-cr-00886-CV<br><br>[PROPOSED] SECOND AMENDED ORDER SEALING INDICTMENT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

```
 1       aka "Public Enemy,"
         aka "NPKY8WY7,"
 2       aka "FUJ93HXR,"
         aka "PW7RJ83R,"
 3       aka "KJ5JW6HM,"
         aka "NXYS6JC9,"
 4       aka "8DC7CAYB,"
         aka "49T9KYR9,"
 5       aka "T9PHWCJY,"
         aka "YF4TTY4K,"
 6   DEEPAK BALWANT PARADKAR,
         aka "cocaine_lawyer,"
 7       aka "Deepaj Emergency,"
         aka "Descartes,"
 8       aka "K8KDZKW8,"
         aka "A5VB2FX6,"
 9       aka "Z9W7ETCU,"
         aka "criminal_lawyer@me.com,"
10   ATNA OHNA,
         aka "Tupac,"
11       aka "~Kim Jong -Un,"
         aka "~kim jong Un,"
12       aka "6Z3DKEPC,"
         aka "DR8CF76E,"
13   CARMEN YELINET VALOYES FLOREZ,
         aka "~negra,"
14       aka "7JKF6Y5A,"
     WILSON RIASCOS,
15       aka "Pepe,"
     ROLAN SOKOLOVSKI,
16       aka "The Jew,"
         aka "~Sushi,"
17       aka "Applepie,"
         aka "Lakers2,"
18       aka "Fiji2,"
         aka "6777F2HA,"
19       aka "HESR73RN,"
         aka "4K6S66FC,"
20       aka "deem1313@live.ca,"
     FNU LNU 1,
21       aka "~JP Morgan,"
         aka "JP,"
22   BIANCA CANASTILLO-MADRID,
         aka "Bianca Canastillo
23        Madrid,"
         aka "Bianca Madrid,"
24       aka "~cady,"
         aka "Claudio,"
25       aka "Claudi Old New Is
            Candy,"
26       aka "TK8658TT,"
         aka "B9R3SBWT,"
27   ALLISTAIR CHAPMAN,
         aka "🥰,"
28       aka "⚡,"
```

```
     aka "Ali Star,"
     aka "R9BSX52X,"
     aka "PVMTRY34,"
TOMMY DEMORIZI,
AHMAD NABIL ZAITOUN,
     aka "Ahmad Nabil Zitoun,"
     aka "Ahmad Zitoun,"
     aka "Ahmad Zaitoon,"
     aka "Activs Cousin,"
     aka "Ynotbro,"
     aka "T8PR3Y8R,"
GURSEWAK SINGH BAL,
     aka "The Dirty News,"
     aka "thedirtynewz,"
     aka "@6ixaktv,"
     aka "@6ixak_tv,"
     aka
        "sixademiks6@hotmail.com,"
EDWIN BASORA-HERNANDEZ,
     aka "Edwin Hernandez,"
     aka "Ed Winter,"
YULIETH KATHERINE TEJEDA,
     aka "ana.kata1992,"
FNU LNU 1,
FNU LNU 2,
FNU LNU 3,
FNU LNU 4,
FNU LNU 5,

         Defendants.
```

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until November 18, 2025, at 11:59 p.m. PST.

11/18/2025
DATE

HONORABLE MICHAEL KAUFMAN
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                 HONORABLE MICHAEL KAUFMAN
                                     UNITED STATES MAGISTRATE JUDGE

4